IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHAWN HOWARD WELLER, | CV 16–60–H–DLC–JTJ |
| Petitioner, | |
| vs. | ORDER |
| STATE OF MONTANA, | |
| Respondent. | |

This case comes before the Court on Petitioner Shawn Howard Weller's ("Weller") Motion for Extension of Time to file his petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Court adopts Magistrate Judge John T. Johnston's Findings and Recommendations to dismiss this case without prejudice and open a new case once Weller files his habeas petition. Weller has since filed his petition and this Court opened a new case under CV 16–65–H–DLC–JTJ.

Accordingly, IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 2) are ADOPTED IN FULL. Weller's Motion for Extension of Time (Doc. 1) is DENIED and this case is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter, by

separate document, a judgment of DISMISSAL.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED this 15th day of September, 2016.

Dana L. Christensen, Chief Judge
United States District Court