UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

SHAWN HOWARD WELLER,                JUDGMENT IN A CIVIL CASE

                                              Case No. CV 16-60-H-DLC-JTJ
        Petitioner,

vs.

STATE OF MONTANA,

        Respondent.

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

    Dated this 15th day of September, 2016.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ T. Gesh
                                    T. Gesh, Deputy Clerk